**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY GERARD LEWIS, | ) | NO. CV 08-6156-RGK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DERRAL G. ADAMS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 29, 2009.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE